```
                                            U.S. DISTRICT COURT
                                            DISTRICT OF VERMONT
                                                   FILED
       UNITED STATES DISTRICT COURT
               FOR THE                      2025 NOV -6 PM 3:44
         DISTRICT OF VERMONT
                                                  CLERK
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | BY __AL__ |
| | ) | DEPUTY CLERK |
| v. | ) | Case No. 2:25-cr-31 |
| | ) | |
| TREMAINE KNIGHT, a.k.a. "Brody," | ) | |
| Defendant. | ) | |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT ONE

Between on or about February 28, 2025, and on or about March 19, 2025, in the District of Vermont and elsewhere, the defendant, TREMAINE KNIGHT, a.k.a. "Brody," traveled interstate from Connecticut to Vermont; caused another person to travel interstate from Vermont to Massachusetts; and used and caused to be used a facility of interstate commerce, that is, a phone, with the intent that a murder be committed in violation of the laws of Connecticut, as consideration for the receipt of, and as consideration for a promise and agreement to pay, something of pecuniary value.

(18 U.S.C. § 1958)

## COUNT TWO

On or about March 11, 2025, in the District of Vermont, the defendant, TREMAINE KNIGHT, a.k.a. "Brody," knowingly and intentionally distributed cocaine and fentanyl, both Schedule II controlled substances.

(21 U.S.C. §§ 841(a), 841(b)(1)(B), and 841(b)(1)(C))

## COUNT THREE

On or about March 19, 2025, in the District of Vermont, the defendant, TREMAINE KNIGHT, a.k.a. "Brody," knowingly and intentionally distributed cocaine, cocaine base, and 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propenamide (commonly known as fentanyl), all Schedule II controlled substances.

(21 U.S.C. §§ 841(a), 841(b)(1)(B), and 841(b)(1)(C))

A TRUE BILL

_/s/_ (DGG)

MICHAEL P. DRESCHER (DGG)
Acting United States Attorney
Burlington, Vermont
November 6, 2025